No. 8,301.   STATE EX REL. DENVER JOINT STOCK LAND BANK OF DENVER, and A. J. RAHN, ITS MONTANA AGENT, RELATORS, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Decided February 27, 1942.

PER CURIAM.—It having been made to appear that the order complained of by relators' application has been vacated by respondent court pursuant to request of the parties beneficially interested in the order, this proceeding is accordingly dismissed.

*Mr. F. F. Haynes,* for Relators.